UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE HERNANDEZ, INDIVIDUALLY, * | | |
| AND AS NEXT FRIEND OF AN * | | |
| INCAPACITATED ADULT, IRMA * | | |
| HERNANDEZ, AND AS NEXT FRIEND* | | |
| OF ANIBEL HERNANDEZ, A MINOR, * | | |
| AND ANNA HERNANDEZ, A MINOR,* | | |
| AND ANA HERNANDEZ * | | |
| * | CIVIL ACTION NO. | |
| * | | |
| Plaintiffs * | C-04-319 | |
| * | | |
| VS. * | | |
| * | | |
| FORD MOTOR COMPANY, * | | |
| Defendant * | (JURY DEMANDED) | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, JOSE HERNANDEZ, INDIVIDUALLY, AND AS NEXT FRIEND OF AN INCAPACITATED ADULT, IRMA HERNANDEZ, AND AS NEXT FRIEND OF ANIBEL HERNANDEZ, A MINOR, AND ANNA HERNANDEZ, A MINOR, AND ANA HERNANDEZ, Plaintiffs herein and Defendant Ford Motor Company, Defendant herein, and file this their Joint Notice of Settlement and respectfully offer the following:

1. On or about June 7, 2006, the parties successfully reached a settlement agreement subject to the Court's approval.

2. The parties respectfully file this notice to advise the Court of the tentative settlement, as there are motions pending before the Court, which may be rendered moot if the Court approves a settlement in this case.

3. Court approval will be necessary due to claims that have been asserted on behalf of an incapacitated person as well as a minor child.

1

4.    All claims asserted by Plaintiffs against Defendant Ford Motor Company related to the subject accident have been settled, including all such claims asserted in Plaintiffs' current pleading.

5.    Plaintiffs are filing simultaneously with this notice an Agreed Motion for an appointment of ad-litem.

                                                Respectfully submitted,

                                                **SICO, WHITE & BRAUGH, L.L.P.**
                                                Brantley White
                                                900 Frost Bank Plaza
                                                802 N. Carancahua
                                                Corpus Christi, Texas 78470
                                                Phone: 361-653-3300
                                                Facsimile: 361-653-3333

                              By:    s/Brantley W. White
                                            Brantley White
                                            State Bar No. 00789722
                                            Federal Id. No. 22400
                                            **ATTORNEY IN CHARGE**
                                            **FOR THE PLAINTIFF**

AGREED:

s/John W. Chambless
Mr. John W. Chambless
State Bar No. 00796334
THOMPSON, COE, COUSINS & IRONS
701 Brazos
1500 Austin Centre
Austin, Texas 78701
**ATTORNEY FOR DEFENDANT**
**FORD MOTOR COMPANY**

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic method of service on this the 16TH day of June, 2006.

                                                  s/Brantley W. White
                                                  Brantley W. White

John W. Chambless
THOMPSON COE
701 Brazos, Suite 1500 Austin Centre
Austin, TX 78701